IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE GORE, : | |
|     Plaintiff : | |
| : | |
|     vs. : | CIVIL NO. 1:CV-09-0999 |
| : | |
| | (Judge Caldwell) |
| FEDERAL BUREAU OF PRISONS and : | (Magistrate Judge Smyser) |
| SHEDRICK ROBERTS, | |
|     Defendants : | |

*O R D E R*

AND NOW, this 3rd day of May, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 42), filed April 2, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that :

1. The magistrate judge's report is adopted.
2. Plaintiff's complaint is dismissed for failure to prosecute.
3. The Clerk of Court shall close this file.

                                           /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge